UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GLENN SILBAUGH, individually and on Behalf of all others similarly situated, | ) ) **ELECTRONICALLY FILED** ) |
| Plaintiff, | ) Case No. 1:18-cv-00161-DCN-JDG ) |
| v. | ) Honorable Donald C. Nugent ) |
| CENSTAR ENERGY CORP., | ) ) |
| Defendant. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY EZRA D. CHURCH

Pursuant to Rule 83.5(h) of the Local Rules of the United States District Court for the Northern District of Ohio, Defendant CenStar Energy Corp. ("CenStar") respectfully moves this Court for an Order permitting Attorney Ezra D. Church of the law firm Morgan Lewis & Bockius LLP be admitted to appear pro hac vice for CenStar in this matter. As grounds for this Motion, CenStar states that Attorney Church is a member in good standing of the bars of (1) the Commonwealth of Pennsylvania, admitted on October 29, 2007, registration number 206072; (2) the State of New Jersey, admitted on November 16, 2007, registration number 036952007; and (3) the State of Louisiana, admitted on October 28, 2005, registration number 29796. Attorney Church has never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States. He has never received any reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

Proof of his good standing is demonstrated by the Affidavit attached as Exhibit A, and his contact information is as follows:

MORGAN, LEWIS & BOCKIUS LLP<br>
1701 Market Street<br>
Philadelphia, PA 19103<br>
Tel: (215) 963-5710<br>
Fax: (215) 963-5001<br>
ezra.church@morganlewis.com

The *pro hac vice* admission fee is tendered to this Court in accordance with Local Rule 83.5(h).

Date: March 23, 2018                              Respectfully submitted,

*/s/Steven A. Luxton*
Steven A. Luxton (88583)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue
Washington, DC 20004
Phone: (202) 739-5452
Fax: (202) 739-3001
steven.luxton@morganlewis.com

*Attorneys for Defendant CenStar Energy Corp.*

## **CERTIFICATE OF SERVICE**

    I, hereby certify that on March 23, 2018, I caused a true and correct copy of the foregoing document to be served using the electronic case filing system, which will send electronic notifications of such filing to all parties that have appeared in this action.

                                          */s/ Steven A. Luxton*
                                          Steven A. Luxton